IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CR-213-MOC-DCK

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ANTHONY LATREL PLAYER, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the handwritten note by the Defendant, which the Court construes as a "*Pro Se* Motion For Return Of Property/Pretrial" (Document No. 33) filed February 6, 2018. The undersigned notes that Defendant is represented by appointed counsel, Richard L. Brown, Jr. It is the practice of the Court that when a Defendant is represented by counsel, all motions should be filed through counsel of record.

**IT IS THEREFORE ORDERED** that the "*Pro Se* Motion For Return Of Property/Pretrial" (Document No. 33) is hereby **DENIED WITHOUT PREJUDICE**. Defendant may re-file his motion, if desired, through his counsel, Richard L. Brown, Jr.

**SO ORDERED**.

Signed: February 7, 2018

David C. Keesler
United States Magistrate Judge