UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-213-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ANTHONY LATRELL PLAYER,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss the Indictment. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss the Indictment (#37) is **GRANTED**, and the indictment as to defendant is **DISMISSED** without prejudice.

Signed: May 8, 2018

Max O. Cogburn Jr.
United States District Judge

-1-